JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-0053 JLR |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO CONTINUE TRIAL DATE |
| vs. | ) | AND EXTEND TIME FOR PRETRIAL |
| | ) | MOTIONS |
| CARL D. MATTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1.    The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.    The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from April 25, 2006,  to July 18,  2006.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Edward Brazier;* #05-0014RSL)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1    IT IS FURTHER ORDERED that pretrial motions be due June 29, 2006.

2    IT IS FURTHER ORDERED that the period of time from the current trial date of April

3  25, 2006, up to and including the new proposed trial date of July 18, 2006, shall be excludable

4  time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

5    DONE this 12th day of April, 2006.

6

7

8  _____

9  JAMES L. ROBART
   United States District Judge

10  Presented by:

11

12  s/   Jennifer E. Wellman
    WSBA #  29193

13  Attorney for Carl D. Mattos
    Federal Public Defender's Office

14  1601 Fifth Avenue, Suite 700
    Seattle, WA    98101

15  Phone:    (206) 553-1100
    Fax:       (206) 553-0120

16  jennifer_wellman@fd.org

17
    s/   William Redkey

18  Assistant United States Attorney
    *Telephonic  Approval*

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Edward Brazier;* #05-0014RSL)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**